# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jonathan Hess**,

       **Plaintiff,**

vs.

**CASE NUMBER:**

**5:09cv954 GTS/DEP**

**Cohen & Slamowitz LLP,**

       **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, the defendants motion to dismiss (Dkt. No. 6) is Granted. The plaintiff's Complaint (Dkt No. 1) is dismissed. Judgment is entered in favor of the defendant in this matter.

    All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 7th day of January, 2010.

DATED: January 7, 2010

*Lawrence K. Baerman*
Clerk of Court

s/

_____
Marie N. Marra
Deputy Clerk