UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

---

JONATHAN HESS,

                        Plaintiff

        Vs.                                                        No, 09-cv-0954 ( GTS/DEP)

COHEN & SLAMOWITZ LLP ,

                        Defendant

---

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Jonathan Hess appeals to the United States Court of Appeals for the Second Circuit from the following:

1.    the Decision and Order of the Honorable Glenn T Suddaby, United States District Judge, filed on January 7, 2010, granting the defendant's motion to dismis for failure to state a claim under Fed. R. Civ. P. 12(b)(6), for the reasons given in the Deision and Order, and

2.    from the resulting judgment entered in this action on January 7, 2010.

Copies of the Decision and Order and the Judgment are attached as Exhibits A and B, respectively.

DATED:      February 4, 2010

        Albany, New York

                                                      Respectfully submitted,

                                                      Anthony J Pietrafesa Esq ( 102368)

**Attorneys for the Plaintiff**

Anthony J Pietrafesa Esq ( 102368)
210 Bell Court
Schenectady NY 12303
518.218.0851
fax: 518.514.1241
ajp@ajp1law.com

Brian L Bromberg Esq (512934)
Bromberg Law Office PC
40 Exchange Street Suite 2010
New York NY 10005
212.248.7906
fax: 212.248.7908
brian@bromberglawoffice.com

**TO:   Attorneys for the Defendant**

Daniel R Ryan Esq
Smith Sovik Kendrick & Sugnet PC
250 South Clinton St #600
Syracuse NY 13202
315.474.2911
fax: 315.474.6015
dryan@smithsovik.com