UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

---

JONATHAN HESS,

                              Plaintiff

              Vs.                                              No.  09-cv-0954 ( GTS/DEP)

COHEN & SLAMOWITZ LLP ,

                              Defendant

---

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2010 I electronically filed the foregoing Notice of Appeal with Exhibits with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to:


Daniel R Ryan Esq ( dryan@smithsovik.com)

Robin Daino ( rdaino@smithsovik.com)

_____

Anthony J Pietrafesa Esq ( 102368)

**Attorney for the Plaintiff**