UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on February 4, 2010, the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically in the Syracuse Clerk's Office. Please notify our office if you need any of the following documents:

Docket No.(s): ___

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 5th day of February, 2010.

Lawrence K. Baerman, Clerk
U.S. District Court

s/

By:   Marie N. Marra
      Deputy Clerk

## Case Information

Case Name & Case No.      Hess, v. Cohen & Slamowitz    509cv954
Docket No. of Appeal:     13
Document Appealed:        12

Fee Status:   Paid X      Due ___         Waived (IFP/CJA) ___
              IFP revoked ___   Application Attached ___   IFP pending before USDJ ___

Counsel:           Retained X   Pro Se ___

Time Status:  Timely X          Untimely ___

Motion for Extension of Time:        Granted ___   Denied ___

Certificate of Appealability:   Granted ___   Denied ___   N/A ___

State Court Papers are being sent by UPS as of: _____